Leonard Ashbach Company, Plaintiff-Appellee, v. Lear, Incorporated, Defendant-Appellant.

Gen. No. 46,137.

Altheimer, Kabaker, Lipson & Naiburg, for appellant; Isaac B. Lipson, of counsel; I. Harvey Levinson, for appellee; Gale L. Marcus, and Joan Carmell Miller, of counsel. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed July 2, 1954; rehearing denied July 30, 1954; released for publication September 14, 1954.